UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-260-F(3)

| | | |
|---|---|---|
| KESHA COGGINS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEVE CRIPPS, *et. al*, | ) | |
| Defendant. | ) | |

This matter is before the court on the Memorandum and Recommendation (M & R) of United States Magistrate Judge William A. Webb filed on July 16, 2007. The plaintiff did not file any objections to the Magistrate Judge's M & R.

After an independent and thorough review of the Magistrate Judge's M & R and a *de novo* review of the record, the court concludes that the M & R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M & R.

The plaintiff's Motion to Proceed *In Forma Pauperis* is ALLOWED, but plaintiff's complaint is DISMISSED for failure to state a claim.

SO ORDERED.

This __13__ day of September, 2007.

JAMES C. FOX
United States District Judge