AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KESHA COGGINS,        )<br>      Plaintiff,   )<br>                       )<br>                       )<br>v.                     )<br>                       )<br>STEVE CRIPPS, et al.,  )<br>      Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:07-CV-260-F** |

\_\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiff's Motion to Proceed *In Forma Pauperis* is ALLOWED, but plaintiff's complaint is DISMISSED for failure to state a claim.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 14, 2007**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Kesha Rona Coggins
119a Rectory Street
Oxford, NC 27565


September 14, 2007                                                         DENNIS P. IAVARONE
Date                                                                                   Clerk of Court

                                                                                                          /s/ Susan K. Enyart
*Wilmington, North Carolina*                             *(By) Deputy Clerk*